UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK J. VARNADO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2638** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "B"(4)** |

## ORDER AND REASONS

Considering Plaintiff's Motion for Attorney's Fees (Rec. Doc. No. 24),

**IT IS ORDERED** that the Motion is **GRANTED** as having merit. Plaintiff shall be awarded reasonable attorney's fees under the Equal Access to Justice Act as prayed for, with the agreement from the Commissioner-Defendant.

**IT IS FURTHER ORDERED** that fees shall be payable to Derrick J. Varnado and mailed to his attorney of record. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

New Orleans, Louisiana, this 29th day of October, 2015.

UNITED STATES DISTRICT JUDGE